**Joann HAZZARD, Employee–Appellant,**

v.

**CHRYSLER MOTOR PLANT II, Employer–Respondent.**

No. 63164.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 31, 1993.

Gabriel & McCartney, P.C., James F. McCartney, St. Louis, for employee-appellant.

Raymond J. Flunker, Jeffrey M. Proske, Evans & Dixon, St. Louis, for employer-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

---

*ORDER*

PER CURIAM.

Employee, Joann Hazzard, appeals from a decision by the Industrial Relations Commission (Commission) which reduced the worker's compensation award set by the Administrative Law Judge against her employer-defendant, Chrysler Motor Plant II.

The Commission's decision is supported by substantial and competent evidence on the whole record; no error of law appears. An extended opinion would have no precedential value.

The decision of the Industrial Relations Commission is affirmed. Rule 84.16(b).